**Statement of Earnings For:** Franklin B Warren

**Tucker Industries Inc**
3170 Tucker Road
Bensalem, PA 19020-0000

| Field | Value | Field | Value |
|---|---|---|---|
| Employee # | 0330 | Department | 30 |
| Clock Number | | Federal Filing | Single |
| SSN | | State Filing | |
| Company Id | IMA008 | | |
| Period Begin | 11/25/2018 | Check Date | 12/14/2018 |
| Period End | 12/8/2018 | Pay Type | Hourly |
| Exemptions | 0 | Additional Tax | $50.00 |
| Exemptions | 0 | Additional Tax | |

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V1919842 | $0.00 | $2,217.80 | $1,506.11 |

**Check Message:** Satisfy customers expectations every time.

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours* | YTD Dollars* |
|---|---|---|---|---|---|
| Regular Week 2 | 21.3250 | 40.00 | 853.00 | 918.00 | 19,576.35 |
| Regular Week 1 | 21.3250 | 40.00 | 853.00 | 928.25 | 19,794.93 |
| Overtime Week 2 | 31.9875 | 11.00 | 351.87 | 325.75 | 10,419.94 |
| Overtime Week 1 | 31.9875 | 5.00 | 159.93 | 334.50 | 10,699.80 |
| Vacation Week 2 | | 0.00 | 0.00 | 32.00 | 682.40 |
| Vacation Week 1 | | 0.00 | 0.00 | 128.00 | 2,729.60 |
| Personal Week 2 | | 0.00 | 0.00 | 8.00 | 170.60 |
| Holiday Week 2 | | 0.00 | 0.00 | 40.00 | 853.00 |
| Holiday Week 1 | | 0.00 | 0.00 | 16.00 | 341.20 |
| Other Week 2 | | 0.00 | 0.00 | 2.00 | 42.65 |
| Bonus | | 0.00 | 0.00 | 0.00 | 250.00 |
| **Total** | | **96.00** | **2,217.80** | **2,732.50** | **65,560.47** |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 137.50 | 4,064.75 |
| MED EE | 32.16 | 950.63 |
| FEDERAL WH | 326.04 | 10,163.47 |
| PENNSYLVANIA | 68.09 | 2,012.73 |
| BENSALEM | 22.18 | 655.64 |
| PENNSYLVANIA | 1.33 | 39.34 |
| BENSALEM TWP | 0.00 | 52.00 |
| **Total** | **587.30** | **17,938.56** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 110.89 | 3,163.11 |
| Uniform | 13.50 | 337.50 |
| **Total** | **124.39** | **3,500.66** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 0.00 | 0.00 |
| PTO | 0.0000 | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount |
|---|---|---|
| Checking | | 300.00 |
| Checking | | 1,206.11 |

---

Tucker Industries Inc
3170 Tucker Road
Bensalem, PA 19020-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/14/2018 | V1919842 |

Your entire Net pay of $1,506.11 has been deposited in your bank account(s).

0330 30

**Franklin B Warren**
2300 Virginia Avenue
Bensalem, PA 19020

| TOTAL NET PAY |
|---|
| ******$1,506.11 |

**NOT NEGOTIABLE**

**Statement of Earnings For:** Franklin B Warren

| Employee #: | 0330 | Department: | 30 | Period Begin: | 12/9/2018 | Check Date: | 12/28/2018 | Tucker Industries Inc |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | | | Period End: | 12/22/2018 | Pay Type: | Hourly | 3170 Tucker Road |
| SSN: | | Federal Filing: | Single | Exemptions: | 0 | Additional Tax: | $50.00 | Bensalem, PA 19020-0000 |
| Company Id: | IMA008 | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | | |
|---|---|---|---|---|---|
| V1937320 | $0.00 | $1,588.72 | $1,101.93 | | **Check Message** |
| | | | | | Satisfy customers expectations every time. |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours* | YTD Dollars* |
|---|---|---|---|---|---|
| Regular Week 1 | 21.3250 | 40.00 | 853.00 | 968.25 | 20,647.93 |
| Overtime Week 1 | 31.9875 | 15.00 | 479.82 | 349.50 | 11,179.62 |
| Holiday Week 1 | 21.3250 | 12.00 | 255.90 | 28.00 | 597.10 |
| Regular Week 2 | | 0.00 | 0.00 | 918.00 | 19,576.35 |
| Overtime Week 2 | | 0.00 | 0.00 | 325.75 | 10,419.94 |
| Vacation Week 2 | | 0.00 | 0.00 | 32.00 | 682.40 |
| Vacation Week 1 | | 0.00 | 0.00 | 128.00 | 2,729.60 |
| Personal Week 2 | | 0.00 | 0.00 | 8.00 | 170.60 |
| Holiday Week 2 | | 0.00 | 0.00 | 40.00 | 853.00 |
| Other Week 2 | | 0.00 | 0.00 | 2.00 | 42.65 |
| Bonus | | 0.00 | 0.00 | 0.00 | 250.00 |
| **Total:** | | 67.00 | 1,588.72 | 2,799.50 | 67,149.19 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 98.50 | 4,163.25 |
| MED EE | 23.03 | 973.66 |
| FEDERAL WH | 206.71 | 10,370.18 |
| PENNSYLVANIA | 48.77 | 2,061.50 |
| BENSALEM | 15.89 | 671.53 |
| PENNSYLVANIA | 0.95 | 40.29 |
| BENSALEM TWP | 0.00 | 52.00 |
| **Total:** | 393.85 | 18,332.41 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 79.44 | 3,242.6? |
| Uniform | 13.50 | 351.0? |
| **Total:** | 92.94 | 3,593.6? |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 0.00 | 0.00 |
| PTO | 0.0000 | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount |
|---|---|---|
| Checking | | 300.?? |
| Checking | | 801.?? |

---

Tucker Industries Inc
3170 Tucker Road
Bensalem, PA 19020-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/28/2018 | V1937320 |

Your entire Net pay of $1,101.93 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$1,101.93 |

0330 30
**Franklin B Warren**
2300 Virginia Avenue
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Franklin B Warren** | | | | | Tucker Industries Inc |
|---|---|---|---|---|---|---|
| Employee #: 0330 | Department 30 | Period Begin: 12/23/2018 | Check Date: 1/11/2019 | 3170 Tucker Road |
| Clock Number: | | Period End: 1/5/2019 | Pay Type: Hourly | Bensalem, PA 19020-0000 |
| SSN: | Federal Filing: Single | Exemptions: 0 | Additional Tax: $50.00 | |
| Company Id: IMA008 | State Filing: | Exemptions: 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1979796 | $0.00 | $2,047.21 | $1,401.77 | Satisfy customers expectations every time. |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular Week 2 | 21.3250 | 27.00 | 575.78 | 27.00 | 575.78 | SOC SEC EE | 126.93 | 126.93 | 401K | 102.36 | 102.36 |
| Regular Week 1 | 21.3250 | 40.00 | 853.00 | 40.00 | 853.00 | MED EE | 29.68 | 29.68 | Uniform | 13.50 | 13.50 |
| Overtime Week 1 | 31.9875 | 14.00 | 447.83 | 14.00 | 447.83 | FEDERAL WH | 286.42 | 286.42 | | | |
| Holiday Week 2 | 21.3250 | 8.00 | 170.60 | 8.00 | 170.60 | PENNSYLVANIA | 62.85 | 62.85 | | | |
| | | | | | | BENSALEM | 20.47 | 20.47 | | | |
| | | | | | | PENNSYLVANIA | 1.23 | 1.23 | | | |
| | | | | | | BENSALEM TWP | 2.00 | 2.00 | | | |
| **Total:** | | 89.00 | 2,047.21 | 89.00 | 2,047.21 | **Total:** | 529.58 | 529.58 | **Total:** | 115.86 | 115.86 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance | 160.00 | Checking | Account | | Deposit Amount: | 300.00 |
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance | 8.00 | Checking | Account | | Deposit Amount: | 1,101.77 |

Tucker Industries Inc
3170 Tucker Road
Bensalem, PA 19020-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/11/2019 | V1979796 |

Your entire Net pay of $1,401.77 has been deposited in your bank account(s).

0330 30
**Franklin B Warren**
2300 Virginia Avenue
Bensalem, PA 19020

| TOTAL NET PAY |
|---|
| ******$1,401.77 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Franklin B Warren** | | | | | Tucker Industries Inc |
|---|---|---|---|---|---|---|
| Employee #: 0330 | Department 30 | | Period Begin: 1/6/2019 | Check Date: 1/25/2019 | | 3170 Tucker Road |
| Clock Number: | | | Period End: 1/19/2019 | Pay Type: Hourly | | Bensalem, PA 19020-0000 |
| SSN: | Federal Filing: Single | | Exemptions: 0 | Additional Tax: $50.00 | | |
| Company Id: IMA008 | State Filing: | | Exemptions: 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2009470 | $0.00 | $2,553.67 | $1,717.39 | In the event of a company closure call 215-638-1900 ext.. 123 |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular Week 2 | 21.3250 | 40.00 | 853.00 | 67.00 | 1,428.78 | SOC SEC EE | 158.32 | 285.25 | 401K | 127.68 | 230.04 |
| Regular Week 1 | 21.3250 | 40.00 | 853.00 | 80.00 | 1,706.00 | MED EE | 37.03 | 66.71 | Uniform | 13.50 | 27.00 |
| Overtime Week 2 | 31.9875 | 20.00 | 639.75 | 20.00 | 639.75 | FEDERAL WH | 392.28 | 678.70 | | | |
| Overtime Week 1 | 31.9875 | 6.50 | 207.92 | 20.50 | 655.75 | PENNSYLVANIA | 78.40 | 141.25 | | | |
| Holiday Week 2 | | 0.00 | 0.00 | 8.00 | 170.60 | BENSALEM | 25.54 | 46.01 | | | |
| | | | | | | PENNSYLVANIA | 1.53 | 2.76 | | | |
| | | | | | | BENSALEM TWP | 2.00 | 4.00 | | | |
| **Total:** | | 106.50 | 2,553.67 | 195.50 | 4,600.88 | **Total:** | 695.10 | 1,224.68 | **Total:** | 141.18 | 257.04 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance | 160.00 | Checking | Account | Deposit Amount: | 300.00 |
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance | 8.00 | Checking | Account | Deposit Amount: | 917.39 |
| | | | | | Checking | Account | Deposit Amount: | 500.00 |

Tucker Industries Inc
3170 Tucker Road
Bensalem, PA 19020-0000

Your entire Net pay of $1,717.39 has been deposited in your bank account(s).

0330 30
**Franklin B Warren**
2300 Virginia Avenue
Bensalem, PA 19020

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/25/2019 | V2009470 |

| TOTAL NET PAY |
|---|
| ******$1,717.39 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Franklin B Warren** | | | | | Tucker Industries Inc |
|---|---|---|---|---|---|---|
| Employee #: 0330 | Department 30 | | Period Begin: 1/20/2019 | Check Date: 2/8/2019 | | 3170 Tucker Road |
| Clock Number: | | | Period End: 2/2/2019 | Pay Type: Hourly | | Bensalem, PA 19020-0000 |
| SSN: | Federal Filing: Single | | Exemptions: 0 | Additional Tax: $50.00 | | |
| Company Id: IMA008 | State Filing: | | Exemptions: 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2037814 | $0.00 | $2,873.55 | $1,916.73 | In the event of a company closure call 215-638-1900 ext. 123 |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular Week 2 | 21.3250 | 40.00 | 853.00 | 107.00 | 2,281.78 | SOC SEC EE | 178.16 | 463.41 | 401K | 143.68 | 373.72 |
| Regular Week 1 | 21.3250 | 40.00 | 853.00 | 120.00 | 2,559.00 | MED EE | 41.67 | 108.38 | Uniform | 13.50 | 40.50 |
| Overtime Week 2 | 31.9875 | 17.50 | 559.78 | 37.50 | 1,199.53 | FEDERAL WH | 459.13 | 1,137.83 | | | |
| Overtime Week 1 | 31.9875 | 19.00 | 607.77 | 39.50 | 1,263.52 | PENNSYLVANIA | 88.22 | 229.47 | | | |
| Holiday Week 2 | | 0.00 | 0.00 | 8.00 | 170.60 | BENSALEM | 28.74 | 74.75 | | | |
| | | | | | | PENNSYLVANIA | 1.72 | 4.48 | | | |
| | | | | | | BENSALEM TWP | 2.00 | 6.00 | | | |
| **Total:** | | 116.50 | 2,873.55 | 312.00 | 7,474.43 | **Total:** | 799.64 | 2,024.32 | **Total:** | 157.18 | 414.22 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 160.00 | | | Checking | Accou: | Deposit Amount: | 300.00 |
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance 8.00 | | | Checking | Accou: | Deposit Amount: | 1,116.73 |
| | | | | | | Checking | Accour | Deposit Amount: | 500.00 |

Tucker Industries Inc
3170 Tucker Road
Bensalem, PA 19020-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/8/2019 | V2037814 |

Your entire Net pay of $1,916.73 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$1,916.73 |

0330  30
**Franklin B Warren**
2300 Virginia Avenue
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Franklin B Warren** | | | | | Tucker Industries Inc | |
|---|---|---|---|---|---|---|---|
| Employee #: 0330 | Department 30 | | Period Begin: 2/3/2019 | | Check Date: 2/22/2019 | 3170 Tucker Road | |
| Clock Number: | | | Period End: 2/16/2019 | | Pay Type: Hourly | Bensalem, PA 19020-0000 | |
| SSN: | Federal Filing: Single | | Exemptions: 0 | | Additional Tax: $50.00 | | |
| Company Id: ᴵᴹᴬ008 | State Filing: | | Exemptions: 0 | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2067520 | $0.00 | $2,761.58 | $1,846.95 | In the event of a company closure call 215-638-1900 ext.. 123 |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular Week 2 | 21.3250 | 40.00 | 853.00 | 147.00 | 3,134.78 | SOC SEC EE | 171.22 | 634.63 | 401K | 138.08 | 511.80 |
| Regular Week 1 | 21.3250 | 40.00 | 853.00 | 160.00 | 3,412.00 | MED EE | 40.04 | 148.42 | Uniform | 13.50 | 54.00 |
| Overtime Week 2 | 31.9875 | 20.00 | 639.75 | 57.50 | 1,839.28 | FEDERAL WH | 435.73 | 1,573.56 | | | |
| Overtime Week 1 | 31.9875 | 13.00 | 415.83 | 52.50 | 1,679.35 | PENNSYLVANIA | 84.78 | 314.25 | | | |
| Holiday Week 2 | | 0.00 | 0.00 | 8.00 | 170.60 | BENSALEM | 27.62 | 102.37 | | | |
| | | | | | | PENNSYLVANIA | 1.66 | 6.14 | | | |
| | | | | | | BENSALEM TWP | 2.00 | 8.00 | | | |
| **Total:** | | 113.00 | 2,761.58 | 425.00 | 10,236.01 | **Total:** | 763.05 | 2,787.37 | **Total:** | 151.58 | 565.80 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 160.00 | | | Checking | Accour | Deposit Amount: | 300.00 |
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance 8.00 | | | Checking | Accou | Deposit Amount: | 1,046.95 |
| | | | | | | Checking | Accour | Deposit Amount: | 500.00 |

Tucker Industries Inc
3170 Tucker Road
Bensalem, PA 19020-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/22/2019 | V2067520 |

Your entire Net pay of $1,846.95 has been deposited in your bank account(s).

0330 30
**Franklin B Warren**
2300 Virginia Avenue
Bensalem, PA 19020

| TOTAL NET PAY |
|---|
| ******$1,846.95 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Franklin B Warren | | | | | Tucker Industries Inc |
|---|---|---|---|---|---|---|
| Employee #: 0330 | Department 30 | | Period Begin: 2/17/2019 | Check Date: 3/8/2019 | | 3170 Tucker Road |
| Clock Number: | | | Period End: 3/2/2019 | Pay Type: Hourly | | Bensalem, PA 19020-0000 |
| SSN: | Federal Filing: Single | | Exemptions: 0 | Additional Tax: $50.00 | | |
| Company Id: IMA008 | State Filing: | | Exemptions: 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2095477 | $0.00 | $2,793.58 | $1,866.89 | In the event of a company closure call 215-638-1900 ext.. 123 |

### EARNINGS
*Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular Week 2 | 21.3250 | 40.00 | 853.00 | 187.00 | 3,987.78 |
| Regular Week 1 | 21.3250 | 40.00 | 853.00 | 200.00 | 4,265.00 |
| Overtime Week 2 | 31.9875 | 20.00 | 639.75 | 77.50 | 2,479.03 |
| Overtime Week 1 | 31.9875 | 14.00 | 447.83 | 66.50 | 2,127.18 |
| Vacation Week 1 | | 0.00 | 0.00 | 40.00 | 853.00 |
| Holiday Week 2 | | 0.00 | 0.00 | 8.00 | 170.60 |
| **Total:** | | **114.00** | **2,793.58** | **579.00** | **13,882.59** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 173.20 | 860.72 |
| MED EE | 40.51 | 201.30 |
| FEDERAL WH | 442.42 | 2,143.34 |
| PENNSYLVANIA | 85.76 | 426.20 |
| BENSALEM | 27.94 | 138.84 |
| PENNSYLVANIA | 1.68 | 8.33 |
| BENSALEM TWP | 2.00 | 10.00 |
| **Total:** | **773.51** | **3,788.73** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 139.68 | 651.48 |
| Uniform | 13.50 | 67.50 |
| **Total:** | **153.18** | **718.98** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 40.00 | 120.00 |
| PTO | 0.0000 | 0.00 | 8.00 |

### DISTRIBUTION OF NET PAY

| | | Deposit Amount: |
|---|---|---|
| Checking | Account | 300.00 |
| Checking | Account. | 1,066.89 |
| Checking | Account | 500.00 |

---

Tucker Industries Inc
3170 Tucker Road
Bensalem, PA 19020-0000

Your entire Net pay of $1,866.89 has been deposited in your bank account(s).

0330 30
**Franklin B Warren**
2300 Virginia Avenue
Bensalem, PA 19020

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/8/2019 | V2095477 |

| TOTAL NET PAY |
|---|
| ******$1,866.89 |

**NOT NEGOTIABLE**