# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-10802-MDC

FRANKLIN  WARREN

2300 VIRGINIA AVENUE

BENSALEM, PA 19020

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FRANKLIN  WARREN

2300 VIRGINIA AVENUE

BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

/S/ William C. Miller

Date: 8/20/2019

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee