UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: Franklin Warren<br><br>    Debtor. | ) Case No.: 19-10802-mdc<br>)<br>) CHAPTER 13<br>)<br>)<br>) **REQUEST FOR NOTICE**<br>) |

**REQUEST OF AMIP MANAGEMENT, LLC FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that AMIP Management, LLC as servicing agent for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D, a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1   AMIP Management, LLC requests that for all notice purposes and for inclusion in the

2   Master Mailing List in this case, the following address be used:

3   **PHYSICAL ADDRESS:**                                        **EMAIL ADDRESS:**
    AMIP Management, LLC                                          amipbk@ghidottiberger.com
4   3020 Old Ranch Parkway, Suite 180
    Seal Beach, CA 90740
5

6

7

8   Dated:  November 21, 2019              By: */s/ Maxine Evans*
                                            Maxine Evans
9                                           AMIP Management
                                            Vice-President Default
10                                          P.O. Box 2741
                                            Seal Beach, CA 90740
11                                          562-735-6555 x-110
                                            amipbk@ghidottiberger.com
12

**2**
REQUEST FOR NOTICE

**CERTIFICATE OF SERVICE**

On November 21, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Zachary Perlick
Perlick@verizon.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez

On November 21, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Franklin Warren
2300 Virginia Avenue
Bensalem, PA 19020

TRUSTEE
William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. TRUSTEE
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez

**3**
REQUEST FOR NOTICE