UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| IN RE:<br><br>**Franklin Warren**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 19-10802-mdc<br><br>HEARING DATE: January 7, 2020<br>TIME: 10:30 a.m.<br>LOCATION: COURTROOM #2 |
|---|---|

## ORDER FOR RELIEF

AND NOW, this 7th day of January, 2020, upon the Motion of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) and Co-Debtor stay provision of 11 U.S.C. § 1301 to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 2300 Virginia Avenue, Bensalem, PA 19020 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the ~~Mortgaged Premises at Sheriff's Sale (or purchaser's assignee)~~ to take any legal action for the enforcement of its rights ~~to possession of said Mortgaged Premises.~~

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{Y0602217; 1}