United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Franklin Warren  
    Debtor

Case No. 19-10802-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jan 09, 2020  
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.  
db        +Franklin Warren,   2300 Virginia Avenue,   Bensalem, PA 19020-3545  
cr        +Wilmington Savings Fund Society, FSB,   AMIP Management,   3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:  
       KEVIN G. MCDONALD   on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com  
       MICHAEL J. SHAVEL   on behalf of Creditor    Wilmington Savings Fund Society, FSB    mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
       ZACHARY PERLICK   on behalf of Debtor Franklin Warren Perlick@verizon.net, pireland1@verizon.net  
                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| IN RE:<br><br>**Franklin Warren**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 19-10802-mdc<br><br>HEARING DATE: January 7, 2020<br>TIME: 10:30 a.m.<br>LOCATION: COURTROOM #2 |
|---|---|

### ORDER FOR RELIEF

AND NOW, this 7th day of January, 2020, upon the Motion of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) and Co-Debtor stay provision of 11 U.S.C. § 1301 to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 2300 Virginia Avenue, Bensalem, PA 19020 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the ~~Mortgaged Premises at Sheriff's Sale (or purchaser's assignee)~~ to take any legal action for the enforcement of its ~~rights to possession of said Mortgaged Premises.~~

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{Y0602217; 1}